**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| TMC Franchise Corporation, <br><br>             Plaintiff, <br><br> vs. <br><br> Millennium Vision, LLC; and Nastaran Eghtesad, <br><br>             Defendants. | No. CV-10-2423-PHX-DGC <br><br> **ORDER** |

Based on the parties' stipulation (Doc. 42), the Court has entered an order (Doc. 43) setting aside the default entered against Defendants (Doc. 31).

**IT IS THEREFORE ORDERED:**

1. Defendants' motion to set aside default (Doc. 37) is **denied** as moot.

2. Plaintiff's motion for default judgment (Doc. 33) is **denied**.

3. Defendants shall answer or otherwise respond to the complaint (Doc. 1) no later than **June 3, 2011**.

Dated this 25th day of May, 2011.

_____
David G. Campbell
United States District Judge